128 A.3d 1201

COMMONWEALTH of Pennsylvania, Appellant

v.

TAP PHARMACEUTICAL PRODUCTS, INC.; Abbott Laboratories; Astrazeneca PLC; Astrazeneca, Holdings, Inc.; Astrazeneca Pharmaceuticals LP; Astrazeneca LP; Bayer AG; Bayer Corporation; SmithKline Beecham Corporation d/b/a GlaxoSmithKline; Pfizer, Inc.; Pharmacia Corporation; Johnson & Johnson; Alza Corporation; Centrocor, Inc.; Ethicon, Inc.; Janssen Pharmaceutical Products, L.P.; McNeil–PPC, Inc.; Ortho Biotech, Inc.; Ortho Biotech Products; L.P.; Ortho–McNeil Pharmaceutical, Inc.; Amgen, Inc.; Immunex Corporation; Bristol–Myers Squibb Company; Baxter International Inc.; Baxter Healthcare Corporation; Immuno–U.S., Inc.; Aventis Pharmaceuticals, Inc.; Aventis Behring, L.L.C.; Hoechst Marion Roussel, Inc., Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Ben Venue Laboratories; Bedford Laboratories; Roxane Laboratories; Schering–Plough Corporation; Warrick Pharmaceuticals Corporation; Schering Sales Corporation; Dey, Inc., Appellees.

Donna A. Boswell, Esq., Ann M. Vickery, Esq., and Joseph A. Young, Esq., Intervenors.

Cross Appeal of Bristol–Myers Squibb Company (@ 21 MAP 2015).

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.

Justice STEVENS did not participate in the decision of this case.